**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Julie M. Engbloom**, OSB No. 066988
engbloomj@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **DONALD E. MCCOY,**<br><br>Plaintiff,<br><br>v.<br><br>**BNC MORTGAGE, INC.**, a Delaware Corporation, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware Corporation, **NORTHWEST TRUSTEE SERVICES, INC.**, a Washington Corporation, **U.S. BANK NATIONAL ASSOCIATION**, as Trustee for the Structured Asset Investment Loan Trust, 2005-10, **AIG FEDERAL SAVINGS BANK, FINANCE AMERICA, LLC, LEHMAN BROTHERS HOLDINGS, INC., IMPACT ONE MORTGAGE SERVICES,**<br><br>Defendants. | CV No. 10-3098-PA<br><br>Defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association's<br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

PAGE 1 - MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

## RULE 7.1 CERTIFICATE OF COMPLIANCE

Counsel for defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association (collectively "Defendants") has been unable to confer with plaintiff's counsel regarding the issues raised by this Motion, because he is out of town and unavailable.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR 16-3(a), Defendants move this Court for an order extending the deadline by which to answer plaintiff's complaint or otherwise appear. Defendants are planning to file a Motion to Dismiss on plaintiff's claims, and request the Court grant Defendants an extension to respond to plaintiff's complaint through and including Monday, October 4, 2010.

This Motion is not filed for the purpose of delay, no party will be prejudiced by the granting of this Motion, and the requested extension of time will have no impact on other existing deadlines, settings, or schedules in this matter. In support of this Motion, Defendants rely on the accompanying Declaration of Julie M. Engbloom filed concurrently herewith.

DATED: September 21, 2010

LANE POWELL PC

By */s/ Julie M. Engbloom*
   Pilar C. French, OSB No. 962880
   Julie M. Engbloom, OSB No. 066988
   Telephone: 503.778.2100
Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association

PAGE 2 -   MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

105727.1062/875309.1

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200