**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Julie M. Engbloom**, OSB No. 066988
engbloomj@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **DONALD E. MCCOY,**<br><br>Plaintiff,<br><br>v.<br><br>**BNC MORTGAGE, INC.**, a Delaware Corporation, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware Corporation, **NORTHWEST TRUSTEE SERVICES, INC.**, a Washington Corporation, **U.S. BANK NATIONAL ASSOCIATION**, as Trustee for the Structured Asset Investment Loan Trust, 2005-10, **AIG FEDERAL SAVINGS BANK, FINANCE AMERICA, LLC, LEHMAN BROTHERS HOLDINGS, INC., IMPACT ONE MORTGAGE SERVICES,**<br><br>Defendants. | CV No. 10-3098-PA<br><br>**DECLARATION OF JULIE M. ENGBLOOM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

PAGE 1 -   DECLARATION OF JULIE M. ENGBLOOM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

I, Julie M. Engbloom, declare and testify as follows:

1. I am a member of Lane Powell PC, attorneys of record for defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association (collectively "Defendants"). I am knowledgeable about facts set forth herein and make this declaration in support of Defendants' Motion to Extend Time to Respond to Complaint.

2. Defendants intend to file a motion to dismiss against plaintiff's claims and seek an order extending the deadline to file such a motion through and including October 4, 2010.

3. I have attempted to confer with plaintiff's counsel and have been unable to reach him concerning Defendants' intention to bring a motion to dismiss, because he is out of town and unavailable.

4. I have also been unable to reach plaintiff's counsel to determine whether he opposes, or not, this request for an extension.

5. Defendants seek the extension in order to properly confer with opposing counsel about his client's claims. I will also be out of the office for the next week for a pre-planned family vacation.

6. This Motion is made in good faith and not for the purposes of delay.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of September 2010, at Portland, Oregon.

        */s/ Julie M. Engbloom*
        Julie M. Engbloom

PAGE 2 -   DECLARATION OF JULIE M. ENGBLOOM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT