Pilar C. French, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Donald Eugene McCoy, III,<br><br>                              Debtor. | Case No. 10-63814-fra13<br><br>Defendants Mortgage Electronic Registration Systems, Inc.'s and U.S. Bank National Association's<br>**MOTION TO DISMISS COMPLAINT**<br><br>**(ORAL ARGUMENT REQUESTED)** |
| Donald E. McCoy,<br><br>                             Plaintiff,<br><br>    vs.<br><br>BNC Mortgage, Inc., a Delaware corporation, Mortgage Electronic Registration Systems, Inc., a Delaware corporation, Northwest Trustee Services, Inc., a Washington corporation, U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-10, AIG Federal Savings Bank, Finance America, LLC, Lehman Brothers Holdings, Inc., Impact One Mortgage Services,<br><br>                          Defendants. | Adv. Proc. No. 10-06224-fra |

PAGE 1 OF 3    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS' AND U.S BANK'S MOTION TO DISMISS

## LBR 7007-1 CERTIFICATE OF CONFERRAL

Counsel for defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association (collectively "Defendants") certifies that she conferred in good faith with opposing counsel before filing this motion, but was unable to resolve the dispute.

## MOTION TO DISMISS

Pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6), Defendants move the Court to dismiss plaintiff's Complaint with prejudice for failure to state a claim.

This Motion is based on the pleadings in the record, the Memorandum in Support of Motion to Dismiss, the accompanying Request for Judicial Notice or Incorporation of Documents, and the Declaration of Julie M. Engbloom filed concurrently herewith.

DATED: October 13, 2010

          LANE POWELL PC

By */s/ Pilar C. French*
   Pilar C. French, OSB No. 962880
Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association

PAGE 2 OF 3    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS' AND U.S BANK'S MOTION TO DISMISS

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

105727.1062/880048.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2010, I caused to be served a copy of the foregoing DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S AND U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS COMPLAINT on the following person(s) in the manner indicated below at the following address(es):

- JOHN O CAMPBELL    ocampbell@houser-law.com; scleere@houser-law.com
- JOHN M THOMAS    jthomas@rcolegal.com

☒ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

James J. Stout, Esq.
James J. Stout P.C.
419 S Oakdale Avenue
Medford, OR  97501-3523

☐ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☒ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

*/s/ Pilar C. French*
Pilar C. French

PAGE 3 OF 3    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS' AND U.S BANK'S MOTION TO DISMISS

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

105727.1062/880048.1