UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>DONALD EUGENE MCCOY III,<br><br>Debtor | Chapter 13<br><br>Case No. 10-63814-FRA13 |
| DONALD E. MCCOY,<br><br>Plaintiff,<br>v.<br><br>BNC MORTGAGE, INC., a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, US BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset Investment Loan Trust, 2005-10, AIG FEDERAL SAVINGS BANK, FINANCE AMERICA, LLC, LEHMAN BROTHERS HOLDINGS, INC., IMPACT ONE MORTGAGE SERVICES,<br><br>Defendants. | Adversary Proceeding<br><br>AP No. 10-06224-FRA |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) AND FED. R. BANKR. P. 7041**

Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1), made applicable to this proceeding by Fed. R. Bankr. P. 7041, the within action is hereby voluntarily dismissed, without prejudice, by the Plaintiff as to defendant AIG Federal Savings Bank, without costs to either party.

JAMES J. STOUT, P.C.

By: _____
James J. Stout
419 S. Oakdale Ave.
Medford, OR 97501
Telephone: (541) 618-8888
Facsimile: (541) 618-9015
jjstout1@aol.com
Attorneys for Plaintiff

83427049.1