## SUMMARY OF PROCEEDINGS & MINUTE ORDER

In re                       Case No. **10-6224 fra**         Date **12/8/10**

**McCoy**

                              Judge **Alley**

v.                          Court Reporter **FTR**

                              CrtRm Deputy

**BNC Mortgage; et al.**

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
DEC 0 8 2010
LODGED____RECD____
PAID____DOCKETED____

## MATTER BEFORE THE COURT

**Defendant Northwest Trustees Services, Inc.'s Motion to Dismiss Plaintiff's Complaint (6); Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss Adversary Proceeding (20); Rule 7016 Conference**

EVIDENTIARY HEARING: ___ Yes _x_ No

APPEARANCES: J. Stout, Aty for Plaintiff. P. French, Aty for Defendants Mortgage Electronic Registration Systems, Inc. and US Bank NA. J.O. Campbell, Aty for Defendants BNC Mortgage Inc., Finance America LLC, and Lehman Brothers Holdings Inc.

SUMMARY OF HEARING: Counsel argued the Motion to Dismiss Plaintiff's Complaint.

DETERMINATION OF THE COURT:

A Stipulated Limited Judgment was entered on November 2, 2010 that removes Defendant Northwest Trustee Services Inc. from this Adversary Proceeding.

The Motion to Dismiss Plaintiff's Complaint is under advisement. Supplemental hearing memoranda must be filed by January 10, 2011.

Counsel may start informal discovery. A further Rule 7016 Conference will be set after the Court enters a ruling on the Motion to Dismiss.