UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE<br><br>DONALD E. McCOY, III,<br>　　　　　　　　　　Debtor. | Bankruptcy Case<br>No. 10-63814-fra13 |
| DONALD E. McCOY, III,<br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BNC MORTGAGE, INC; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC; US BANK, NA; FINANCE AMERICA, LLC; LEHMAN BROTHERS HOLDINGS, INC; and IMPACT ONE MORTGAGE SVCS,<br>　　　　　　　　　　Defendants. | Adversary Proceeding<br>No. 10-6224-fra<br><br><br><br>Order re: Motion to Dismiss |

A Memorandum Opinion has been entered contemporaneously herewith and, based thereon, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **DENIED** as to Claim 1 - Wrongful Foreclosure, and **GRANTED** as to Claim 2 - Quiet Title, and further

// // //

// // //

// // //

// // //

Page 1 - Order re: Motion to Dismiss

1  **ORDERED** that Plaintiff is granted 14 days from the date of the entry of this order to replead his
2  claim to quiet title in a manner that satisfies the standards described in the Court's Memorandum Opinion..

FRANK R. ALLEY, III
Chief Bankruptcy Judge

Page 2 - Order re: Motion to Dismiss